UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM R. KLINGELE,<br><br>             Plaintiff,<br><br>  vs.<br><br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, YAKIMA COUNTY D.O.C., and YAKIMA SUPERIOR,<br><br>             Defendants. | NO. CV-05-3005-EFS<br><br>ORDER DISMISSING COMPLAINT |

    By Order filed February 14, 2005, the court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty days. By letter dated February 17, 2005, Mr. Klingele notified the District Court Executive of his change of address to Wapato, Washington. An obituary from the Yakima Herald-Republic, dated February 23, 2005, states William R. Klingele, a resident of Wapato, Washington, died on February 19, 2005, at age 46. The court has not received an official death certificate verifying this report. Nevertheless, Mr. Klingele has filed nothing further in this action.

    Accordingly, for the reasons set forth in the court's previous Order, **IT IS ORDERED** the complaint is **DISMISSED without prejudice.**

ORDER DISMISSING COMPLAINT -- 1

The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.

**DATED** this  15th  day of April 2005.


                         S/ Edward F. Shea
                            EDWARD F. SHEA
                      UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 2